# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-CV-20519-DIMITROULEAS/SNOW

EMILOIO ARRIETA,
and other similarly-situated individuals,

      Plaintiff(s),

vs.

SUN ELECTRONICS INTERNATIONAL,
INC. and JOHN A. KIMBALL,

      Defendant.
_____/

**NOTICE**

TO:        Present and Former Employees of Sun Electronics International, Inc. and John A. Kimball.

RE:        Right to Join Into Lawsuit for Minimum Wages
            Against Sun Electronics International, Inc. and John A. Kimball.

FROM:     Anthony M. Georges-Pierre, Esq.

DATE:     October 19, 2012

     (1)    INTRODUCTION: The purpose of this notice is to inform you of the existence of a class action law suit in which you may be a member of the Plaintiff class, to advise you of how your rights may be affected by this suit, and to instruct you on the procedure for participating in this suit if you so desire. This letter is an important Notice concerning your potential rights under federal law as a result of your employment with Sunrise Senior Living, Inc.

     (2)    DESCRIPTION OF THE LAW SUIT: A lawsuit has been filed in the United States District Court for the Southern District of Florida, by Emiloio Arrieta, individually and on behalf of all other similarly situated, (Case No: 12-CV-20519-WPD) against Sun Electronics International, Inc. and John A. Kimball/

     The primary allegation is that Sun Electronics International, Inc. and John A. Kimball employed interns who worked without receiving any pay. Plaintiff seeks recovery of minimum wages, plus an equal amount in liquidated damages. The law suit, which Sun Electronics International, Inc. and John A. Kimball are opposing, are proceeding through pre-trial stages.

     (3)    COMPOSITION OF THE CLASS:    The named plaintiff, Emilio Arrieta, seeks to sue on behalf of himself and also on behalf of other employees who are similarly situated. Specifically, the plaintiff seeks to sue on behalf of any "interns" who since 2009 to the present time were not paid their regular rates of pay for all work and/or were not paid time-and-a-half the regular rate of pay for working overtime when working more than 40 hours a week.

(4)     YOUR RIGHT TO PARTICIPATE IN THIS SUIT:    If you fit the definition of "interns" staff, you may join this suit (this is, you may "opt in") provided that you file a "Consent to Join" in the very near future. Consent to Join forms and information regarding the specific filing deadlines are available from Anthony M. Georges-Pierre, Esquire of REMER & GEORGES-PIERRE, PLLC at (305) 416-5000 or at the address listed at the end of this notice.

Your eligibility to file a Consent to Join is not affected by any statute of limitations. Even if you file a Consent to Join, however, your continued right to participate in this suit may depend upon a later decision by the Court that no statute of limitations has run against you. In addition, your continued right to participate may depend upon a later decision that you and the plaintiffs are similarly situated, in accordance with federal law.

(5)     EFFECT OF JOINING THIS SUIT:    If you choose to join this suit, you will be bound by the judgment whether it is favorable or unfavorable. While the suit is proceeding you may be required to provide information, sit for oral testimony, and testify in court. If you chose to join this law suit, your interest will be represented by the named plaintiffs through their attorneys, as counsel for the class. The counsel for the class are: Anthony M. Georges-Pierre, Esq., REMER & GEORGES-PIERRE, PLLC., 11900 Biscayne Boulevard, Suite 288, North Miami, Florida 33181, Telephone: (305) 416-5000.

(6)     NO LEGAL EFFECT IN NOT JOINING:    If you choose not to join this suit, you will not be affected by the judgment, favorable or unfavorable. If you choose not to join this suit, you are free to file your own law suit.

(7)     TO JOIN THE LAW SUIT OR FOR FURTHER INFORMATION:

If you wish to join this lawsuit, then you must sign the form which is entitled "Consent to Join Into Lawsuit," which is attached to this notice, and mail it to this address:

Anthony M. Georges-Pierre, Esq.
Remer & Georges-Pierre, PLLC
44 W. Flagler St., Ste. 2200
Miami, Florida 33130

Or you may contact Anthony M. Georges-Pierre, Esq., counsel for Emiloio Arrieta, for assistance in doing so. If your consent form is not received by Remer & Georges-Pierre, PLLC by _____, then you will not be able to recover damages in this lawsuit. An envelope has been provided for your return of this form to Remer & Georges-Pierre, PLLC should you elect to do so.

This notice and its contents has been authorized by United States District Court Judge William P. Dimitrouleas. The law prohibits anyone from discriminating or retaliating against you for taking part in this case. This Notice is only for purposes of determining the identity of those persons who wish to be involved in this case. The Court has taken no position regarding the merits of Plaintiff's claims or of the Defendant's defenses.

_____
**Anthony M. Georges-Pierre, Esq.**