# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-CV-20519-WPD

EMILOIO ARRIETA,
and other similarly-situated individuals,

    Plaintiff(s),

vs.

SUN ELECTRONICS INTERNATIONAL, INC.
and JOHN A. KIMBALL,

    Defendant.
_____/

## CONSENT TO JOIN INTO LAWSUIT

    I hereby consent, pursuant to 29 U.S.C. §216(b), to become a party plaintiff in this action. By choosing to join this lawsuit, I understand that I designate the representative Plaintiff as my agent to make decisions on my behalf concerning the litigation, including entering into settlement agreements. These decisions will be binding on me if I join this lawsuit. By choosing to join this lawsuit, I understand that I will be bound by the judgment, whether it is favorable or unfavorable. I declare under penalty of perjury that the information contained in this consent form is true and correct.

_____    _____
**Job Title**                                       **Period of Employment**

_____   _____   _____
**Signature**             **Printed First, Middle & Last Name**     **Today's Date**

_____
**Home Address**

_____   _____
**Home Telephone Number**    **Cell Phone Number (if any)**

                               (Please write clearly)
**RETURN FOR FILING BEFORE:**

**TO:**
                                     Anthony M. Georges-Pierre, Esq.
                                     REMER & GEORGES-PIERRE, PLLC
                                     44 W. Flagler St., Ste. 2200
                                     Miami, Florida 33181
                                     Tel. (305) 416-5000
                                     Fax: (305) 416-5005