# EXHIBIT C

## NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF

I, ONUR KAYA, understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201 et. seq. I hereby consent, agree in accordance with 29 U.S.C. §216(b) of the Fair Labor Standards Act, to become a party Plaintiff in this action against employer/Defendant, _____ to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

I hereby designate the law firm of REMER & GEORGES-PIERRE, PLLC, to represent me for all purposes of this action.

_____
Signature

ONUR KAYA
Print Name

10/18/12
Date