# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:12-cv-20519-WPD

**EMILIO ARRIETA,**

    Plaintiff,

v.

**SUN ELECTRONICS INTERNATIONAL, INC.,
and JOHN A. KIMBALL,**

    Defendants.
_____/

### SWORN DECLARATION OF EMILIO ARRIETA
### UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, I, EMILIO ARRIETA, state under the penalty of perjury as follows:

1. I, EMILIO ARRIETA, am over the age of 18 years of age. I currently reside in Miami-Dade County, Florida.

2. My statements are being given voluntarily. No promises or threats have induced me to sign this declaration.

3. I have personal knowledge of the facts below.

4. My primary duty was sales.

5. All of the knowledge required for my job duties with Defendant was learned on-the-job through a manual that the Defendant provided. Based on my opinion, a degree is not required to perform the work I performed, as one could obtain the requisite knowledge required to perform my duties by simply following the manual provided by Defendants.

6. When I was a "Sales Engineer," other Sales Engineers, such as Vanessa Alfonso, did not have and were not required to have advanced degrees.

7. Other "Solar Engineers," such as Louis Prophet, did not have advanced degrees and were performing the same duties as me.

8. The duties I was performing as an intern is not related to the training I received as an Electronic Engineer and Computer Engineer.

9. The Defendant received an immediate advantage from my work as an intern because a Sales Representative would not be able to perform efficiently or make enough sales without the work of

an intern. An intern's work expedited the Defendant's business by satisfying sales orders faster with the intern's services.

10. When I interviewed for the internship position, I was told by Teddy that if I did a good job, I would be afforded the opportunity to meet with John Kimball, who would offer me a paid position.

11. I already had my degrees by the time I interned for the Defendants.

12. As an intern, I answered phones, took orders, and checked inventory.

_Emilio Arrieta_
Signature

Emilio Arrieta
Print name