# EXHIBIT E

INTERNS WANTED

| Home | Blog | Mailing List | About Us | Contact Us |

← If your looking for the 58¢/watt modules they are on the next blog. This blog is about Christy Kimball, my daughter, who has been in Italy for the last 6 months and is returning tomorrow.

SURVEY TIME: At what prices would you purchase? pallet of 28 – 100 watt thin film modules? pallet of 28–200 watt polycrystalline? pallet of 28 – 200 watt mono? →



## INTERNS WANTED

Posted on August 13, 2012 by John Kimball

### This page is for internships in the Miami, Florida Sun Electronics Int., Inc. and the Phoenix, Arizona, Sun Electronics Int. Inc. engineering and sales offices.

The Sun Electronics Int., Inc. Internship Program provides a unique lesson in the study of Renewable Energy (RE) and Energy Conservation. Hundreds of students from across the nation and around the world come to our high tech research center in beautiful South Beach, Florida for ten weeks to help them educate themselves about solar, wind, back-up power, systems and energy conservation. By providing this information to the interns in a focused and accessible manner, Sun Electronics Int., Inc. believes that students can learn more about these technologies at Sun Electronics than at any other location in the United States. The reason is because of the diversity in RE and energy conservation applications of our 20,000+ worldwide client base. *For Phoenix see below.

Interns play a crucial role at Sun Electronics and make up a major part of our staff. The individual talents, ideas and hard work of our interns have been instrumental in the success of many of our most important projects and programs.

Since the Intern Program researches hundreds of RE and other energy conserving products, the work is often tedious. However, if you are interested in making a genuine contribution to the environment, in an idealistic and positive environment — located in the middle of the natural wonderland of the Caribbean Sea and the Everglades — we would love to have you join our team. There is plenty of room to learn and grow with the organization. Interns often stay on or return as staff members after they have finished their college careers.

College students and recent graduates who typically participate in our International and National Internship Program must commit to ten consecutive weeks, but may intern anytime during the year. We are flexible. We accept applications on a rolling basis and have no deadline, but interns are encouraged to submit their applications early because space does fill up quickly. Interns can live on-site at luxury condominiums next door at the Venetia with motor boating and water sports at the attached marina. Check with possible scholarship programs at your school as there may be some available that will pay for all living costs, including room and board.

### Location

The Sun Electronics Int., Inc. Research Center is located on beautiful Biscayne Bay in South Beach, Fla. The water of the Bay is teaming with Manatees, Dolphin, Tarpon, Stingrays, Sea Ospreys, Game Fish and Tropical Fish..

There are a myriad of outdoor activities available to interns year-round. Whether it's swimming, body surfing, surfing, scuba diving, snorkeling, visiting John Penekamp Underwater Park and Coral Reefs, canoeing and hiking in the Everglades, fishing, boating, jet skiing, water skiing, or just sun tanning, there is always something fun to do in South Beach and Miami. As an intern you will have free access to power boats with most of the equipment you need for all of the sports above available for a modest fee.

The housing facilities consist of luxury condo's overlooking Biscayne Bay and South Beach that can sleep between two and six people. Students should expect to have from one to four roommates. You will have a full-time intern manager while you are working at the SUN Research Center, as well as a

### Categories
- Blog
- Haiti
- Incentives
- Inverters
- Off Grid Solar Panel System
- Renewable Energy
- Solar Panel Commentary
- Solar Panels
- Solar Panels Systems
- Sun Electronics
- Testimonials
- Tips and Tricks
- Trade Shows
- Wind Energy

part-time Registration and Approval Advisor. The Advisor will review your application, prepare most of the international and school documentation, and answers questions. As part of living in a group, interns are required to help with weekly cleaning and maintenance chores assigned by the Intern Manager.

To get a glimpse of the spectacular environment that we work in, check out our 5 min video presentation on the Solar Center, or visit our website at www.sunelec.com to view photos of our facilities, activities, and more, taken by our interns and staff.

## Job Descriptions

National interns work full-time as temporary staff members. They may be assigned to one of the following departments, or may work on special projects in several departments, as needed.
Political Courage Test Assistant (primarily offered during election years) – 1. Administer Political Renewable Courage Tests to candidates through mailings and phone calls. 2. Enter candidate issue responses into our database program.
Research and Hotline Assistant – 1. Training on our database; answer our Buyer's Research Hotline; research special requests made by callers; 2. Maintain and update, as needed, evaluations by the solar and other renewable products and systems that we currently offer as well as research new product specifications; update databases, and research and update information for dealers, contractors, home builders and commercial projects as well as Governmental projects worldwide.
Communications/Media assistant – Maintain contact information for national and statewide media; contact news organizations regarding news releases; assist with the writing and editing of external communications; research and assist with new outreach/public relation campaigns; create content for the organization on Facebook and Twitter.
**In addition, those with graphic design experience, both web and print, are encouraged to apply.
Information Technology Assistant – Assist the IT department in maintaining the office workstations, servers and network, as well as take part in continued development of the Project's website and application. Responsibilities will include: technical support, website development in PHP, HTML, CSS and XML, application development in Java and JSP, network and system administration. Web and graphical design experience a plus. The ideal candidate will be experienced with website development, and have some familiarity with Java and JSP.
Facilities and Recreation Assistant – Repair and enhance the Research Center, Office, Warehouse, Showroom and Living facilities and grounds (building RE demonstrations, PV and Wind system models etc., minor repairs, painting, fencing, landscaping, etc.).
Lodge Assistant – Assist with day-to-day operations of non-profit student housing and commercial kitchen (facilities management, meal preparation and planning).

Note: The majority of our National Interns work in our Research, Key System Designing Center, and Political RE Courage Test departments. However, we have a limited number of positions available in SUN Membership, Information Technology, and occasionally in Communications/Media. The Internship Coordinator will make all position assignments based on an individual applicant's skills, departmental priority, and projects available. If you have a position preference, please indicate the preferred position in your cover letter stating the reasons for the preference. Interns may not be assigned to the position requested. In addition to your assigned programs, interns at Sun Electronics may also be asked on occasion to perform special projects.

## Requirements

Sun Electronics' Int., Inc.'s Internship Program provides students with unique practical and educational experiences. We seek interns who are genuinely interested in RE and energy conservation. The overriding qualification for securing an internship position is your willingness to commit 100% to Sun Electronics' goals and mission.

To qualify for a Sun Electronics internship you must meet the following:

1. Be in good standing with your university/school.

2. Commit to 10 consecutive weeks. Shorter periods are sometimes allowed depending on your special circumstances.

3. Remember that our research facility is located in an extraordinarily beautiful area. You will be expected to maintain the facilities.

4. You must sign a non-compete for Dade and Broward Counties.

Applying

International and National Intern applicants must submit the following:

1. Your specific interests and what you want to learn and do while here.

2. Resume and cover letter.


Contact Information:

For more information about internship opportunities options please contact the Internship Co-coordinator Teddy@sunelec.com or check

International and National Internship Programs .


Thank you.

John Kimball

President and Owner

511 N.E. 15th St. 14A

Miami, Fla. 33132

305-536-9917

www.sunelec.com

john@sunelec.com

40 Years In Renewable Energy

Like   Sign Up to see what your friends like.

Tweet This Post

This entry was posted in **Renewable Energy**. Bookmark the permalink.

← If your looking for the 58¢/watt modules they are on the next blog. This blog is about Christy Kimball, my daughter, who has been in Italy for the last 6 months and is returning tomorrow.

SURVEY TIME: At what prices would you purchase? pallet of 26 – 100 watt thin film modules? pallet of 26–200 watt polycrystalline? pallet of 26 – 200 watt mono? →


## Leave a Reply

Your email address will not be published. Required fields are marked *

Name *

Email *

Website

INTERNS WANTED Page 4 of 4

Comment

You may use these HTML tags and attributes: `<a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <cite> <code> <del datetime=""> <em> <i> <q cite=""> <strike> <strong>`

[Post Comment]

Solar Energy Blog

Proudly powered by WordPress.